# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN'S OFFICE

2004 NOV -9 P 2: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **SAN LUIS CENTRAL RAILROAD CO.,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) |
| **v.** | ) **C.A. No. 04-12229-PBS** |
| | ) |
| | ) |
| **SPRINGFIELD TERMINAL RAILWAY CO.,** | ) |
| **MAINE CENTRAL RAILROAD CO.,** | ) |
| **BOSTON AND MAINE CORP., and** | ) |
| **PORTLAND TERMINAL CO.,** | ) |
| | ) |
| **Defendants** | ) |
| | ) |
| **and** | ) |
| | ) |
| **BANK OF AMERICA,** | ) |
| | ) |
| **Trustee Process Defendant.** | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

### ORAL ARGUMENT REQUESTED

Upon the Statement of Reasons in Support of this Motion, and all papers and proceedings previously had herein, and pursuant to Rules 7(b) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.1 of the Rules of this Court, the defendants Boston and Maine Corporation, Maine Central Railroad Company, Portland Terminal Company and Springfield Terminal Railway Company hereby move this Court to dismiss the plaintiff's complaint for failure to state a cause of action. Pursuant to Rule 7.1(A)(2) of

the Rules of this Court, counsel hereby certifies that he and counsel for the plaintiff have

conferred and attempted in good faith to resolve or narrow the issues presented by this

motion, but without success.

Pursuant to Rule 7.1(D) of the Rules of this Court, the defendants hereby request

oral argument of this motion.

**November 9, 2004**

Respectfully submitted,

Robert B. Culliford
BBO# 638468
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029
rculliford@guilfordrail.com

*Attorney for Defendants*
*Boston and Maine Corporation*
*Maine Central Railroad Company*
*Springfield Terminal Railway Company*
*Portland Terminal Company*