## CORPORATE DISCLOSURE STATEMENT

Defendants Boston and Maine Corporation, Maine Central Railroad Company, Portland Terminal Company and Springfield Terminal Railway Company are wholly owned subsidiaries of Guilford Transportation Industries, Inc., which is privately owned and has no parent corporation. Accordingly, no public company owns ten percent or more of the stock of the Defendants or Guilford.

Dated: November 9, 2004

Respectfully submitted,

Robert B. Culliford
BBO# 638468
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029
rculliford@guilfordrail.com

*Attorney for Defendants*
*Boston and Maine Corporation*
*Maine Central Railroad Company*
*Springfield Terminal Railway Company*
*Portland Terminal Company*