## CERTIFICATE OF SERVICE

     I hereby certify that true copies of the foregoing documents were served on November 9, 2004, by Federal Express next day delivery upon the following parties to this action:

James E. Howard
One Thompson Square
Suite 201
Charlestown, MA 02129

Bank of America
100 Federal Street
Boston, MA 02125

**Dated: November 9, 2004**

                                                        _/s/ Robert B. Culliford_
                                                        Robert B. Culliford