UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**San Luis Central Railroad Co.**
        Plaintiff,                            CIVIL ACTION
                                                NO.   04-12229-PBS

    v.

**Springfield Terminal Railway Co., et al**
        Defendants.

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                             November 19, 2004

      The Scheduling Conference  previously scheduled for December 14, 2004 at 3:15 p.m., has been **rescheduled** to **December 14, 2004, at 4:00 p.m.**

**NOTE: Change is to time only**

                                                                  By the Court,

                                                                  ./s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc

Case 1:04-cv-12229-PBS    Document 8    Filed 11/19/2004    Page 2 of 2