UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SAN LUIS CENTRAL RAILROAD CO., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| SPRINGFIELD TERMINAL RAILWAY CO., ) | |
| MAINE CENTRAL RAILROAD CO., ) | |
| BOSTON AND MAINE CORP., and ) | C.A. No. 04-12229-PBS |
| PORTLAND TERMINAL CO., ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

The San Luis Central Railroad Co. is a wholly owned subsidiary of Pea Vine

Corporation, which is a privately held Colorado corporation.  There is no publicly held

company that owns more than 10 percent of the stock of The San Luis Central Railroad

Company.

THE SAN LUIS CENTRAL RAILROAD CO.
By its Attorney,

James E. Howard
BBO # 545565
One Thompson Square
Suite 201
Charlestown, MA 02129
617-886-9322

Dated: November 19, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of November, 2004 served the foregoing

Corporate Disclosure Statement by causing a true copy to be mailed first class postage

prepaid to

>Robert B. Culliford
>Guilford Rail System
>Iron Horse Park
>N. Billerica, MA  01862

James E. Howard