UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**San Luis Central Railroad Co.**
    Plaintiff,          CIVIL ACTION
                      NO.  04-12229-PBS

  v.

**Springfield Terminal Railway Co.**
    Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                      December 3, 2004

  TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **December 14, 2004**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                      By the Court,

                        /s/ Robert C. Alba
                      Deputy Clerk

Copies to:  All Counsel