UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAN LUIS CENTRAL RAILROAD CO., <br><br> Plaintiff <br><br> v. <br><br> SPRINGFIELD TERMINAL RAILWAY CO., MAINE CENTRAL RAILROAD CO., BOSTON AND MAINE CORP., and PORTLAND TERMINAL CO., <br><br> Defendants <br><br> and <br><br> BANK OF AMERICA, <br><br> Trustee Process Defendant. | C.A. No. 04-12229-PBS |

## DEFENDANTS' MOTION TO FILE REPLY MEMORANDUM

Upon the Statement of Reasons in Support of their Motion to Dismiss the Complaint, and all papers and proceedings previously had herein, and pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Rule 7.1(B)(3) of the Rules of this Court, the defendants Boston and Maine Corporation, Maine Central Railroad Company, Portland Terminal Company and Springfield Terminal Railway Company hereby move for leave to file the accompanying Reply Memorandum.

Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that he and counsel for the plaintiff have conferred and attempted in good faith to resolve or narrow the issues presented by this motion, but without success.

**November 30, 2004**

Respectfully submitted,

Robert B. Culliford
BBO# 638468
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029
rculliford@guilfordrail.com

*Attorney for Defendants*
*Boston and Maine Corporation*
*Maine Central Railroad Company*
*Springfield Terminal Railway Company*
*Portland Terminal Company*