**JAMES E. HOWARD LLC**
ONE THOMPSON SQUARE
SUITE 201
CHARLESTOWN, MA 02129

TEL (617) 886-9322
FAX (617) 886-9324

October 22, 2004

Robert B. Culliford
Corporate Counsel
Guilford Rail System
Iron Horse Park
North Billerica, Massachusetts 01862

Re: San Luis Central v. Springfield Terminal, et al.

Dear Rob:

    This will acknowledge receipt of Springfield Terminal check number 286256 dated October 20, 2004 in the amount of $36,212.54 payable to The San Luis Central Railroad Co. The transmittal letter dated October 21, 2004 from Pamela Primeau stated that the check represented car hire payment for March, 2004 through August, 2004.

    I am forwarding the check to San Luis Central. Receipt, acceptance and deposit of the check are, however, without prejudice to and without waiver of any claims of San Luis Central against Springfield Terminal or any of its affiliates, whether or not such claims are stated in the complaint in San Luis Central v. Springfield Terminal, et al., No. 04-4548C in Suffolk Superior Court. As you know, we intend to proceed with the litigation unless we can resolve the matter along the lines of the counterproposal I gave you in our telephone conversation yesterday afternoon.

Very truly yours,

James E. Howard

cc: Edward A. Burkhardt

OCT 25 2004