UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE SAN LUIS CENTRAL RAILROAD CO., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> SPRINGFIELD TERMINAL RAILWAY CO., ) <br> MAINE CENTRAL RAILROAD CO., ) <br> BOSTON AND MAINE CORP., and ) <br> PORTLAND TERMINAL CO., ) <br> ) <br> Defendants ) <br> ) | C.A. No. 04-12229-PBS |

## JOINT PRETRIAL SCHEDULING STATEMENT

Pursuant to the Notice of Scheduling Conference dated October 28, 2004 and in accordance with Fed.R.Civ.P. 16(b) and Local Rule 16.1, the parties hereby submit their proposed pretrial schedule.

There is currently pending before the Court a motion of the defendants to dismiss the complaint. Argument on the motion is scheduled for December 14, 2004. The parties agree that the filing of additional pleadings and discovery should be deferred pending a decision on the motion to dismiss. Furthermore, the parties agree that an answer to the complaint, any amendment of the complaint and any other motion or pleading that may be appropriate in light of the decision on the motion to dismiss should be filed and served within 30 days after the decision on the motion to dismiss.

In the event that this action is to be continued in this Court, the parties agree to the following schedule and plan for discovery:

1. The initial disclosures required by Fed.R.Civ.P. 26(a)(1) would be served within 30 days after the filing of the defendants' answer to the complaint.

2. Written discovery and responses thereto would be served and depositions would be taken within 120 days after the thirty-day period referred to in 1 above.

3. To the extent necessary, discovery motions could be filed within 30 days after the end of the 120 day period referred to in 2 above.

4. Motions for summary judgment could be filed within 60 days after the end of the 120 day period referred to into above or within 30 days after the completion of all discovery in the event of the filing of any discovery motions, whichever is later.

The parties do not anticipate the need for discovery in excess of the limits provided in Fed. R. Civ. P. 26(b).

The parties certify that they each have conferred with their respective counsel with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs. The parties agree that mediation or another form of alternative dispute resolution would not be an appropriate

means to attempt to settle their dispute. The parties do not consent at this time to the trial of this action by a magistrate judge.

Respectfully submitted,

| | |
|---|---|
| SPRINGFIELD TERMINAL RAILWAY CO.<br>BOSTON AND MAINE CORP.<br>MAINE CENTRAL RAILROAD COMPANY<br>PORTLAND TERMINAL COMPANY | THE SAN LUIS CENTRAL<br>RAILROAD CO. |
| By: _____ | By: _____<br>Edward A. Burkhardt |
| _____<br>Robert B. Culliford<br>BBO # 638468<br>Iron Horse Park<br>North Billerica, MA 01862<br>978-663-1029 | _/s/ James C. Howard_<br>James D. Howard<br>BBO # 545565<br>One Thompson Square<br>Suite 201<br>Charlestown, MA 02129<br>617-886-9322 |

Dated: December 8, 2004

means to attempt to settle their dispute. The parties do not consent at this time to the trial of this action by a magistrate judge.

Respectfully submitted,

SPRINGFIELD TERMINAL RAILWAY CO.
BOSTON AND MAINE CORP.
MAINE CENTRAL RAILROAD COMPANY
PORTLAND TERMINAL COMPANY

By: _____

Robert B. Culliford
BBO # 638468
Iron Horse Park
North Billerica, MA 01862
978-663-1029

Dated: December __, 2004

THE SAN LUIS CENTRAL
RAILROAD CO.

By: *(signed)* Edward A. Burkhardt
Edward A. Burkhardt

James E. Howard
BBO # 545565
One Thompson Square
Suite 201
Charlestown, MA 02129
617-886-9322

3

n eans to attempt to settle their dispute. The parties do not consent at this time to the trial

o this action by a magistrate judge.

                                              Respectfully submitted,

| SPRINGFIELD TERMINAL RAILWAY CO. | THE SAN LUIS CENTRAL |
|---|---|
| BOSTON AND MAINE CORP. | RAILROAD CO. |
| MAINE CENTRAL RAILROAD COMPANY | |
| PORTLAND TERMINAL COMPANY | |
| | |
| By: _/s/ David A. Fink_ | By: _____ |
| David A. Fink | Edward A. Burkhardt |
| Executive Vice President | |
| | |
| _/s/ Robert B. Culliford_ | |
| Robert B. Culliford | James E. Howard |
| BBO # 638468 | BBO # 545565 |
| Iron Horse Park | One Thompson Square |
| North Billerica, MA 01862 | Suite 201 |
| 978-663-1029 | Charlestown, MA 02129 |
| | 617-886-9322 |

Dated: December __, 2004

3